# SUMMONS RIDER

## DEFENDANT(S) ADDRESS(ES)

- LISA'S FOOD ENTERPRISES, INC.
  c/o Rosario A Iraci
  60 Ridge Loop
  Staten Island, NY 10304
- 82 COURT CORP.
  82 Court Street
  Brooklyn, New York 11201
- 420 FULTON CORP.
  420 Fulton Street
  Brooklyn, New York 11201
- ROSARIO IRACI
  60 Ridge Loop
  Staten Island, NY 10304