UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATRINA DAVIS, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

v.

LISA'S FOOD ENTERPRISES, INC.
 d/b/a MCDONALD'S,
82 COURT CORP.
 d/b/a MCDONALD'S,
420 FULTON CORP.
 d/b/a MCDONALD'S,
JOHN DOE RESTAURANTS 1-20, and
ROSARIO IRACI,
      Defendants.

Case No.: 22-cv-07493

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff KATRINA DAVIS hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated August 7, 2023, and annexed hereto as **Exhibit A**.

Dated: August 15, 2023

                 Respectfully submitted,

          By:

                 C.K. Lee, Esq. (CL 4086)
                 LEE LITIGATION GROUP, PLLC
                 148 West 24th Street, 8th Floor
                 New York, NY 10011
                 Tel.: (212) 465-1188
                 Fax: (212) 465-1181
                 *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Kenneth G. Abeyratne
KAUFMAN BORGEEST & RYAN LLP
*Attorneys for Defendants*
875 Third Avenue, 5th Floor
New York, New York 10022
kabeyratne@kbrlaw.com

By: _____
C.K. Lee, Esq.