**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATRINA DAVIS, *on behalf of herself, FLSA Collective Plaintiffs and the Class,* <br><br> Plaintiff, <br><br> v. <br><br> LISA'S FOOD ENTERPRISES, INC. <br>     d/b/a MCDONALD'S, <br> 82 COURT CORP. <br>     d/b/a MCDONALD'S, <br> 420 FULTON CORP. <br>     d/b/a MCDONALD'S, <br> JOHN DOE RESTAURANTS 1-20, and <br> ROSARIO IRACI, <br>     Defendants. | **Case No.**: 22-cv-07493 <br><br> **[PROPOSED]** <br> **RULE 68 JUDGMENT** |

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LISA'S FOOD ENTERPRISES, INC. d/b/a MCDONALD'S, 82 COURT CORP. d/b/a MCDONALD'S, 420 FULTON CORP. d/b/a MCDONALD'S, JOHN DOE RESTAURANTS 1-20, and ROSARIO IRACI (collectively "Defendants"), having offered to allow Plaintiff KATRINA DAVIS ("Plaintiff") to take a judgment against them, in the sum of Twenty-Seven Thousand ($27,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 7, 2023 and filed as Exhibit A to Docket Number 19;

    **WHEREAS**, on August 15, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff KATRINA DAVIS, in the sum of $27,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated August 7, 2023 and filed as Exhibit A to Docket Number 19. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023        _____
       New York, New York                                       U.S.D.J.