**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

KATRINA DAVIS, *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                Plaintiff,

   v.

LISA'S FOOD ENTERPRISES, INC.
     d/b/a MCDONALD'S,
82 COURT CORP.
     d/b/a MCDONALD'S,
420 FULTON CORP.
     d/b/a MCDONALD'S,
JOHN DOE RESTAURANTS 1-20, and
ROSARIO IRACI,
             Defendants.

**Case No.**:  22-cv-07493-ENV-SJB

**<u>RULE 68 JUDGMENT</u>**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LISA'S FOOD ENTERPRISES, INC. d/b/a MCDONALD'S, 82 COURT CORP. d/b/a MCDONALD'S, 420 FULTON CORP. d/b/a MCDONALD'S, JOHN DOE RESTAURANTS 1-20, and ROSARIO IRACI (collectively "Defendants"), having offered to allow Plaintiff KATRINA DAVIS ("Plaintiff") to take a judgment against them, in the sum of Twenty-Seven Thousand ($27,000.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 7, 2023 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on August 15, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff KATRINA DAVIS, in the sum of $27,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated August 7, 2023 and filed as Exhibit A

to Docket Number 19. The Clerk of Court is respectfully directed to close this case.


Dated: August 21, 2023                                      BRENNA B. MAHONEY
      Brooklyn, New York                                 CLERK OF COURT


by: _Jalitza Poveda_____
                        Deputy Clerk