UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATRINA DAVIS, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*<br><br>                Plaintiff,<br>v.<br><br>LISA'S FOOD ENTERPRISES, INC. d/b/a MCDONALD'S,<br>82 COURT CORP. d/b/a MCDONALD'S,<br>420 FULTON CORP. d/b/a MCDONALD'S,<br>JOHN DOE RESTAURANTS 1-20, and<br>ROSARIO IRACI,        Defendants. | **Case No.** 22-cv-07493<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 21st day of August, 2023 in favor of KATRINA DAVIS and against LISA'S FOOD ENTERPRISES, INC. d/b/a MCDONALD'S, 82 COURT CORP. d/b/a MCDONALD'S, 420 FULTON CORP. d/b/a MCDONALD'S, JOHN DOE RESTAURANTS 1-20, and ROSARIO IRACI in the amount of $27,000.00, to resolve all of Plaintiff's claims against Defendants, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: September 18, 2023

Respectfully submitted,

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

On the 18th day of September, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024